```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12007
    ANTHONY N MONTGOMERY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7248


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/05/2007 and was confirmed 09/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.00%.

     The case was dismissed after confirmation 01/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG         .00            .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE         .00            .00            .00
WELLS FARGO BANK NA       NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO BANK          NOTICE ONLY     NOT FILED           .00            .00
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC     1562.76         10.66          589.34
SUCCESS ENTERPRISES LLC   CURRENT MORTG         .00            .00            .00
SUCCESS ENTERPRISES LLC   MORTGAGE ARRE     3071.01            .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          406.03            .00            .00
AMERICASH LOANS           UNSECURED      NOT FILED            .00            .00
B-LINE LLC                UNSECURED      NOT FILED            .00            .00
PROVIDIAN NATIONAL BANK   UNSECURED      NOT FILED            .00            .00
CAPITAL ONE               UNSECURED         1624.83            .00            .00
CAPITAL ONE               UNSECURED         1522.21            .00            .00
CAPITAL ONE               UNSECURED         2428.08            .00            .00
FDS BANK/BLOOMINGDALES    UNSECURED      NOT FILED            .00            .00
UNIFUND CCR PARTNERS      UNSECURED      NOT FILED            .00            .00
CROSS COUNTRY BANK        UNSECURED      NOT FILED            .00            .00
THE LOAN MACHINE          UNSECURED         1922.00            .00            .00
US CASH                   UNSECURED      NOT FILED            .00            .00
PAYDAY LOAN STORE OF ILL  UNSECURED      NOT FILED            .00            .00
MONEY MARKET PAY DAY EXP  UNSECURED      NOT FILED            .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED      NOT FILED            .00            .00
DAIMLER CHRYSLER SERVICE  UNSECURED      NOT FILED            .00            .00
AMERICASH LOANS LLC       NOTICE ONLY    NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         6133.88            .00            .00
MARTIN J OHEARN           REIMBURSEMENT     274.00            .00          274.00
MARTIN J OHEARN           DEBTOR ATTY      2,500.00                        464.20
TOM VAUGHN                TRUSTEE                                           93.80
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12007 ANTHONY N MONTGOMERY
```

```
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  1,432.00

PRIORITY                                       274.00
SECURED                                        589.34
    INTEREST                                    10.66
UNSECURED                                         .00
ADMINISTRATIVE                                 464.20
TRUSTEE COMPENSATION                            93.80
DEBTOR REFUND                                     .00
                       ---------------     ---------------
TOTALS                   1,432.00              1,432.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 04/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE